IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

UNITED STATES OF AMERICA,

Plaintiff,

vs.

CHRISTOPHER OSBORNE,
Defendant.

**8:18-CR-354**

**ORDER**

This matter is before the Court on the Government's Motion to Dismiss, Filing 93, seeking dismissal of the defendant's Petition for Warrant or Summons for Offender Under Supervision, Filing 60. The Court finds the motion should be granted. Accordingly,

IT IS ORDERED that the Government's Motion to dismiss, Filing 93, is granted, and the Petition for Warrant or Summons for Offender Under Supervision, Filing 60, is dismissed. The defendant shall remain on supervised release under the current terms and conditions.

Dated this 17th day of October, 2025.

BY THE COURT:

Brian C. Buescher
United States District Judge